UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12314-WGY

BARBARA C. JOHNSON, ESQ.,

Plaintiff,

v.

BOARD OF BAR OVERSEERS OF
MASSACHUSETTS, ET AL.,

Defendants.

FILED
IN CLERKS OFFICE
2003 DEC -4  P 12: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

### NOTICE OF APPEARANCE

Please enter on the docket the appearance of Assistant Attorney General John R. Hitt as counsel for the defendants.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
John R. Hitt (BBO # 567235)
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2995

DATED: December 2, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/2/03.