UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12314-WGY

BARBARA C. JOHNSON, ESQ.,

Plaintiff,

v.

BOARD OF BAR OVERSEERS OF
MASSACHUSETTS, ET AL.,

Defendants.

## ASSENTED-TO MOTION TO ENLARGE TIME FOR RESPONDING TO PLAINTIFF'S COMPLAINT

Defendants hereby move to enlarge the time for Responding to Plaintiff's Complaint until December 23, 2003. This would be an enlargement of about 14 days. Providing good cause supporting this motion Defendants need the additional time to complete the legal and factual research necessary to respond to the complaint. Plaintiff has graciously assented to this motion.

WHEREFORE, Defendants respectfully requests that this Court allow its Motion to Enlarge Time for Responding to Plaintiff's Complaint until December 23, 2003.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

John R. Hitt (BBO # 567235)
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA  02108
(617) 727-2200, ext. 2995

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 12/9/03.

Date: December 9, 2003