UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12314-WGY

BARBARA C. JOHNSON, ESQ.,

Plaintiff,

v.

BOARD OF BAR OVERSEERS OF MASSACHUSETTS, ET AL.,

Defendants.

## MOTION TO DISMISS

Defendants Massachusetts Board of Bar Overseers and the Office of Bar Counsel, and M. Ellen Carpenter, Herbert P. Phillips, Daniel Crane, in their official and individual capacities, and the Commonwealth of Massachusetts move to dismiss the complaint under Fed. R. Civ. P. 12(b)(1) and (6) because the Court should abstain from interfering with the related pending proceeding before the Massachusetts Board of Bar Overseers. Supporting this motion defendants submit the accompanying memorandum of law.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

John R. Hitt, BBO #567235
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2995

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand).
on 1/8/04

Dated: January 8, 2004