UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action
No:03-12314-WGY

JOHNSON
Plaintiff

v.

BOARD OF BAR OVERSEERS, ET AL
Defendant

NOTICE OF HEARING

YOUNG, C.J.

TAKE NOTICE that the above-entitled case has been set for HEARING ON THE MOTION TO DISMISS at 2:00 P.M. , on TUESDAY FEB. 24 , 2004. The Hearing will take place at BOSTON UNIVERSITY LAW SCHOOL, 765 COMMONWEALTH AVE., 6TH FLOOR , BOSTON. Opposition to the motion is due by Jan. 23, 2004. Reply brief, if any, is due by Feb. 2, 2004.

By the Court,

/s/ Elizabeth Smith

_____

Deputy Clerk

January 14, 2004

**To: All Counsel**