UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12314-WGY

BARBARA C. JOHNSON, ESQ.,

Plaintiff,

v.

BOARD OF BAR OVERSEERS OF
MASSACHUSETTS, ET AL.,

Defendants.

## EMERGENCY MOTION TO IMPOUND

Defendants hereby moves that this Court impound the record in this action because the underlying bar-disciplinary action involves, in part, Plaintiffs' disclosure of confidential information regarding allegations of child sexual abuse and copies of pleadings in her own and other cases involving allegations of sexual abuse.[1] Plaintiffs' filings in this action continue to disclose the confidential information without any effort to use pseudonyms or redaction.

---

[1] See the Petition for Discipline, Counts I and II, for a description of the Plaintiffs' conduct regarding the child sexual abuse matter (Count I) and another sexual abuse matter (Count II) that led to the filing of the petition. (Copy attached hereto as an Exhibit).

Wherefore, Defendants requests that this Court enter an order impounding the Plaintiffs' Complaint, Amended Complaint, and Emergency Motion for Preliminary Injunction and order Plaintiff to use pseudonyms or redaction in any materials filed with the Court.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

John R. Hitt (BBO # 567235)
Assistant Attorney General
Government Bureau
One Ashburton Pl., Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2995

Date: January 26, 2004

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff brings this action pro se and, therefore, undersigned counsel cannot certify that he has conferred with "counsel" for Plaintiff in a good faith attempt to resolve or narrow these issues. Looking to Local Rule 16.2 for guidance, undersigned counsel concludes that unless otherwise ordered by the Court, rule 7.1(A)(2) is inapplicable here.

John R. Hitt
Assistant Attorney General

Date: January 26, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/26/04.

-2-