UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BARBARA C. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARD OF BAR OVERSEERS OF<br>MASSACHUSETTS,<br>M. ELLEN CARPENTER, in her<br>individual and professional<br>capacities,<br>HERBERT P. PHILLIPS, in his<br>individual and professional<br>capacities,<br>OFFICE OF BAR COUNSEL,<br>DANIEL CRANE, in his individual<br>and professional capacities,<br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    Defendants. | CIVIL ACTION<br>NO. 03-12314-WGY |

ORDER

YOUNG, C.J.                                         February 25, 2004

Upon further reflection, the Court notes that its February 24, 2004 order from the bench failed to dispose of certain of the Plaintiff's claims. In particular, Claims 7 through 9, insofar as they seek money damages against Defendants Carpenter, Phillips, and Crane in their individual capacities, are not barred by Eleventh Amendment immunity. These are federal civil rights claims that fall squarely within this Court's subject matter jurisdiction.

While it would appear that these defendants may be absolutely immune from liability under the respective doctrines of quasi-judicial and quasi-prosecutorial immunity, neither party has briefed nor raised these defenses.

The Court, therefore, accords all parties twenty days to brief the issue, should they choose to do so. Briefs shall be submitted on or before March 17, 2004. In all other respects, the court's February 24, 2004 ruling is undisturbed.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
CHIEF JUDGE