UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 03-12314-WGY

BARBARA C. JOHNSON, ESQ.,

    Plaintiff,

v.

BOARD OF BAR OVERSEERS OF
MASSACHUSETTS, ET AL.,

    Defendants.

## FURTHER MOTION TO DISMISS AND SUPPORTING MEMORANDUM

Defendants M. Ellen Carpenter, Herbert P. Phillips, and Daniel Crane, in their individual capacities move further to dismiss Counts 7-9 of the amended complaint under Fed. R. Civ. P. 12(b)(6) because the claims against the defendants in their individual capacities are barred by absolute immunity. The allegations in the amended complaint relate to the individual defendants' actions in carrying out their official duties as the agency counsel charged with prosecuting the bar-disciplinary proceeding (Mr. Crane) and the agency hearing officer (Mr. Phillips) and Board chairperson (Ms. Carpenter) charged with administratively adjudicating the merits of the Petition for Discipline. Administrative prosecutors and administrative officials acting in quasi-judicial capacities are absolutely immune from suit so that they may independently exercise their judgment and discharge their official duties free from intimidation or harassment by angry litigants. Butz v. Economou, 438 U.S. 478, 508-17 (1978); Wang v. New Hampshire Bd. of Registration in Med., 55 F.3d 698, 700-01 (1st Cir. 1995); Bettencourt v. Bd. of Registration in Med., 904 F.2d 772, 782-85 (1st Cir. 1990). For this additional reason Counts 7-9

should be dismissed against the defendants in their individual capacities.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
John R. Hitt, BBO #567235
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, MA 02108
(617) 727-2200, ext. 2995

Dated: February 27, 2004

## LOCAL RULE 7.1 CERTIFICATION

Plaintiff brings this action pro se and, therefore, undersigned counsel cannot certify that he has conferred with "counsel" for Plaintiff in a good faith attempt to resolve or narrow these issues. Looking to Local Rule 16.2 for guidance, undersigned counsel concludes that unless otherwise ordered by the Court, rule 7.1(A)(2) is inapplicable here.

_____  2/27/04
John R. Hitt
Assistant Attorney General

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 2/27/04