ASSENTED-TO Motion by Plaintiff for Extension of Time to File Opposition
to Defendants' Second Motion to Dismiss from March 14th to March 17th
Where It Raises One of the Two Issues, Quasijudicial Immunity,
Which is the Subject of the Brief Due by March 17th

Case 1:03-cv-12314-WGY   Document 16-2   03/10/04 Filed 03/09/2004   Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-12314-WGY

**Barbara C. Johnson, Esq.**
Plaintiff

v.

**Board of Bar Overseers of Massachusetts,**
**M. Ellen Carpenter, Esq.,** in her individual and professional capacities,
   including her capacity as Chair of the Board of Bar Overseers,
**Herbert P. Phillips, Esq.,** in his individual and professional capacities,
**Office of Bar Counsel,**
**Daniel Crane, Esq.,** in his individual and professional capacities,
**Commonwealth of Massachusetts,**
Defendants
-------------------------------------------------------------------------------------------

**Motion by Plaintiff to for Extension of Time to File Opposition to
Defendants' Further Motion to Dismiss from March 12th to March 17th
Where It Raises One of the Two Issues, Quasijudicial Immunity,
Which is the Subject of the Brief Due by March 17th**
(with Affidavit, Local Rule 7.1(A)(2) Certification, and Certificate of Service)

Now comes Plaintiff Barbara C. Johnson ["Johnson"] and moves to enlarge the time from Friday, 12 March 2004, until Wednesday, 17 March 2004, for filing his opposition to Defendants' Further Motion to Dismiss.

As grounds for this motion, Johnson states that Defendants seek dismissal on grounds of quasijudicial immunity, which is one of the two issues on which Johnson is writing the brief due by 17 March 2004. Given the anticipated duplication of argument, Johnson states that it will be more time-effective to prepare the two briefs almost simultaneously. Counsel has also had serious demands on her time and is now preparing for a motion hearing on Thursday 11 March 2004 before Magistrate/Judge Robert B. Collings, Docket No. 03-CV-11895, and for the third day of trial in <u>Sedani v. Sedani</u>, Docket No. 02D-0077-DV1, on Friday, 12 March 2004, in Brockton, MA, before Judge Sabaitis. It is as yet unknown how many days that trial will take.

WHEREFORE, Plaintiff prays this court allow this motion in the interest of justice.

1

ASSENTED-TO Motion by Plaintiff for Extension of Time to File Opposition
to Defendants' Second Motion to Dismiss from March 14th to March 17th
Where It Raises One of the Two Issues, Quasijudicial Immunity,
Which is the Subject of the Brief Due by March 17th

Case 1:03-cv-12514-WGY   Document 16-2   Filed 03/09/2004   Page 2 of 2

Respectfully submitted,
Plaintiff Barbara C. Johnson, pro se,

9 March 2004

/s/ Barbara C. Johnson <barbarcjohnson@worldnet.att.net>
Barbara C. Johnson, Esq., Pro Se
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
BBO #549972

### AFFIDAVIT OF BARBARA C. JOHNSON

I, Barbara C. Johnson, hereby swear and say that all the statements and observations I attribute to myself in the within pleading are true and accurate
Sworn under the pains and penalties of perjury.

9 March 2004

/s/ Barbara C. Johnson <barbarcjohnson@worldnet.att.net>
Barbara C. Johnson, Esq., Pro Se

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Barbara C. Johnson, hereby certify, pursuant to Local Rule 7.1(A)(2), that I conferred with AAG John Hitt and he did not assent to this motion.

9 March 2004

/s/ Barbara C. Johnson <barbarcjohnson@worldnet.att.net>
Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
BBO #549972

### CERTIFICATE OF SERVICE

I, Barbara C. Johnson, hereby certify that on 10 March 2004, I FAXed and served by first-class mail a true and accurate copy of the within pleading with electronic signature on opposing counsel, Assistant Attorney General John R. Hitt, Government Bureau, One Ashburton Place. Boston, MA 02108-1598. John Hitt will have been served by electronic notice.

10 March 2004

/s/ Barbara C. Johnson <barbarcjohnson@worldnet.att.net>
Barbara C. Johnson, Esq.