

SEARCH

**About Us**
**Courts**
   List of All Divisions and Departments
   Supreme Judicial Court
      Welcome
      Opinions
      Judicial Ethics Opinions
      Oral Arguments
      About the Court
      Justices
      Public Information
      Amicus Invitations
      Court Administration
      Index
      FAQ's
   Appeals Court
   Trial Court
**Resources**
**Self Help Center**
**Site Index**
**Contact Us**
**Home**

Home > Courts > Supreme Judicial Court

# Supreme Judicial Court

### About the Court

The Supreme Judicial Court, originally called the Superior Court of Judicature, was established in 1692 and is the oldest appellate court in continuous existence in the Western Hemisphere. After the adoption of the Massachusetts Constitution in 1780, the name of the Court was changed to the Supreme Judicial Court. The SJC operates under the oldest, still functioning written constitution in the world.

The SJC is the Commonwealth's highest appellate court. The Court consists of a Chief Justice and six Associate Justices appointed by the Governor with the consent of the Executive Council. The Justices hold office until the mandatory retirement age of seventy, as do all Massachusetts judges.

The seven Justices hear appeals on a broad range of criminal and civil cases from September through May. Single Justice sessions are held each week throughout the year for certain motions pertaining to cases on trial or on appeal, bail reviews, bar discipline proceedings, petitions for admission to the bar, and a variety of other statutory proceedings. The Associate Justices sit as Single Justices each month on a rotation schedule.

The full bench renders approximately 200 written decisions each year; the single justices decide a total of approximately 600 cases annually.

In addition to its appellate functions, the SJC is responsible for the general superintendence of the judiciary and of the bar, makes or approves rules for the operations of all the courts, and in certain instances, provides advisory opinions, upon request, to the Governor and Legislature on various legal issues.

The SJC also has oversight responsibility in varying degrees, according to statutes, with several affiliated agencies of the judicial branch, including the Board of Bar Overseers, the Board of Bar Examiners, the Clients' Security Board, the Commission on Judicial Conduct, the Massachusetts Legal Assistance Corporation, the Massachusetts Mental Health Legal Advisors' Committee, and Correctional Legal Services, Inc.

back to top

Directions

>> Download a Map with Directions

Please note that as of July 21, 2003, the Supreme Judicial Court will be temporarily located at:

One Beacon Street, 3rd Floor
Boston, MA 02108

One Beacon Street is on the same city block as, but immediately to the south of, the Old Courthouse on Pemberton Square.

back to top

SJC Rules Committees

- SJC Rules Committee
- Standing Advisory Committee on the Rules of Civil Procedure
- Standing Advisory Committee on the Rules of Criminal Procedure

- Standing Advisory Committee on the Rules of Professional Conduct
- Committee on Ethics of Government Lawyers
- Committee on the Code of Judicial Conduct
- Committee on Judicial Ethics

Affiliated Entities

- Board of Bar Overseers, Office of the Bar Counsel, and the Clients' Security Board
- Board of Bar Examiners
- Massachusetts IOLTA Program

back to top

## SJC Rules Committees

SJC Rules Committee

Made up of three SJC Justices (excluding the Chief Justice). Oversees uniform rules (e.g. Mass. R. Civ. P., Mass. R. Crim. P., Mass R.A.P., Mass. R. Prof. C.) and approves rules of all lower courts and various agencies (e.g. Judicial Conduct Commission; Clients' Security Board). Considers proposals for new rules – e.g. foreign legal consultants, rules of evidence, mandatory malpractice insurance, etc.

Standing Advisory Committee on the Rules of Civil Procedure

Reviews issues and proposals concerning the Massachusetts Rules of Civil and Appellate Procedure. Reports to SJC Rules Committee.

Standing Advisory Committee on the Rules of Criminal Procedure

Reviews issues and proposals concerning the Massachusetts Rules of Criminal Procedure. Currently revising all of the rules and commentary which were originally adopted in 1979. Reports to SJC Rules Committee.

Standing Advisory Committee on the Rules of Professional Conduct

Reviews issues and proposals concerning the Massachusetts Rules of Professional Conduct. (SJC Rule 3:07). Reports to SJC Rules Committee.

Committee on Ethics of Government Lawyers

Ad hoc committee reviewing the Rules of Professional Conduct with the intention of improving the guidance the rules provide with respect to government lawyers. Reports to SJC Rules Committee.

Committee on the Code of Judicial Conduct

Ad hoc committee reviewing the current SJC Code (SJC Rule 3:09) and the A.B.A. Code with the intention of updating and improving the Code of Judicial Conduct. Reports to the SJC Rules Committee.

Committee on Judicial Ethics

Established in 1988, pursuant to S.J.C. Rule 3:11, this committee issues advisory opinions and provides informal advice to judges, and individuals nominated to be judges, with respect to the rules of court that govern the ethical and professional conduct of judges. For more information, click here.

back to top

# Affiliated Entities

Board of Bar Overseers, Office of Bar Counsel, and Clients' Security Board

The Justices of the Supreme Judicial Court established the Board of Bar Overseers, the Office of Bar Counsel, and the Clients' Security Board (CSB) by rule in 1974. The Board of Bar Overseers collects annual registration fees from lawyers and applies them to fund its operations and those of the Office of Bar Counsel, the Clients' Security Board, and Lawyers Concerned for Lawyers.

The Bar Counsel, an independent prosecutor who serves at the pleasure of the Court, investigates grievances alleging professional misconduct against lawyers, and prosecutes formal charges against lawyers before the Board of Bar Overseers. The Board of Bar Overseers may dismiss charges, impose minor discipline, or recommend suspension or disbarment to the Court. The Board also hears petitions for reinstatement to the bar.

The Clients' Security Board has the duty to "discharge the collective professional responsibility of the bar." To that end, the CSB reimburses clients who have been the victims of embezzlement or misuse of funds by lawyers. These awards are funded entirely out of registration fees assessed against lawyers in the Commonwealth.

To learn more about the Board of Bar Overseers and the Office of Bar Counsel, visit their website at http://www.state.ma.us/obcbbo.

To learn more about the Clients' Security Board, visit their website at www.state.ma.us/clientssecurityboard

Board of Bar Examiners

The Board of Bar Examiners is responsible for administering

the full bar examination twice annually. To learn more about the Board of Bar Examiners, visit their website at http://www.state.ma.us/bbe.

Massachusetts IOLTA Program

Under the Supreme Judicial Court's Interest on Lawyers' Trust Accounts (IOLTA) program, lawyers holding funds on behalf of a client must place the funds either in an account which pays interest to the client or in an IOLTA account. The pooled IOLTA accounts accumulate enough interest to make a substantial contribution to improving the administration of justice and to providing civil legal services to individuals who cannot afford to hire a lawyer.

The IOLTA program is administered by the Massachusetts IOLTA Committee, appointed by the Justices of the SJC. The committee distributes all IOLTA interest to three charitable entities: the Boston Bar Foundation, the Massachusetts Bar Foundation, and the Massachusetts Legal Assistance Corporation. These three entities use the IOLTA funds to make grants to local civil legal services programs that employ staff to represent clients in various civil matters.

back to top

About Us | Courts | Resources | Self Help Center | Site Index | Contact Us | Home

Administrative Office of the Trial Court Web Site Disclaimer
Copyright© 2002 Administrative Office of the Trial Court

Comments, Questions or Suggestions? Email the Webmaster

Last Updated on August 5, 2003 9:27 AM

http://www.state.ma.us/courts/courtsandjudges/courts/supremejudicialcourt/about.html (6 of 6) [3/16/2004 3:18:46 PM]