UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

C.A. No. 03-CV-12314-WGY

**Barbara C. Johnson, Esq.**
Plaintiff

v.

**Board of Bar Overseers of Massachusetts,**
**M. Ellen Carpenter, Esq.,** in her individual and professional capacities,
          including her capacity as Chair of the Board of Bar Overseers,
**Herbert P. Phillips, Esq.,** in his individual and professional capacities,
**Office of Bar Counsel,**
**Daniel Crane, Esq.,** in his individual and professional capacities,
**Commonwealth of Massachusetts,**
                                        Defendants
-----------------------------------------------------------------------------------------

**Plaintiff's Motion for Leave to Brief in Excess of 20 Pages, If Indeed There Is a Maximum**
(with Local Rule 7.1(A)(2) Certification)

Now comes Plaintiff Barbara C. Johnson ["Johnson"] and moves this court for leave to file a brief in excess of 20 pages if, indeed, there is a maximum length.  The brief is *Plaintiff's Brief Asserting That Neither Quasi-Judicial Nor Quasi-Prosecutorial Immunity Is Applicable*, filed in response to this court's order of 25 February 2004 [Paper 14].

As grounds, Johnson states that the issues were complex and that she had to apply them to each of three defendants, all of whom performed different functions.

WHEREFORE, Plaintiff prays this court allow this motion.

                              Respectfully submitted,
                              Plaintiff Barbara C. Johnson, pro se,

                    /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
17 March 2004       Barbara C. Johnson, Esq., Pro Se
                    6 Appletree Lane
                    Andover, MA 01810-4102
                    978-474-0833
                    BBO #549972

1

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Barbara C. Johnson, hereby certify, pursuant to Local Rule 7.1(A)(2), that I did not confer with AAG John Hitt because the Attorney General's office has previously and repeatedly stated that because Johnson was representing herself pro se, the AAG was under no obligation to confer with Johnson.

17 March 2004

Barbara C. Johnson, Esq.
6 Appletree Lane
Andover, MA 01810-4102
978-474-0833
BBO #549972