UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

---------------------------------------------------
Barbara C. Johnson, Esq.
                Plaintiff

v.

Board of Bar Overseers of Massachusetts
M. Ellen Carpenter, Esq., in her individual
    and professional capacities, including her
    capacity as Chair of the Board of Bar
    Overseers of Massachusetts
Herbert P. Phillips, Esq., in his individual
    and professional capacities,
Office of Bar Counsel
Daniel Crane, Esq., in his individual
    and professional capacities,
Commonwealth of Massachusetts,
                Defendants
---------------------------------------------------

CIVIL ACTION:  03-12314-WGY

## **NOTICE OF APPEAL**

Notice is hereby given that the plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered in the termination of this action on the 26th day of May 2004.

                                  Respectfully submitted,
                                  PLAINTIFF BARBARA C. JOHNSON, Pro se

26 May 2004                /s/ Barbara C. Johnson <barbaracjohnson@worldnet.att.net>
                                  Barbara C. Johnson, Esq.
                                  6 Appletree Lane
                                  Andover, MA 01810-4102
                                  978-474-0833
                                  B.B.O. #549972