UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA C. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF BAR OVERSEERS OF<br>MASSACHUSETTS,<br>M. ELLEN CARPENTER, in her<br>individual and professional<br>capacities,<br>HERBERT P. PHILLIPS, in his<br>individual and professional<br>capacities,<br>OFFICE OF BAR COUNSEL,<br>DANIEL CRANE, in his individual<br>and professional capacities,<br>COMMONWEALTH OF MASSACHUSETTS,<br><br>        Defendants. | CIVIL ACTION<br>NO. 03-12314-WGY |

JUDGMENT

YOUNG, C.J.                                                May 27, 2004

    Pursuant to the Memorandum and Order dated May 26, 2004, judgment shall, and hereby does, enter for the Defendants.

                                By the Court,

                                _____
                                Elizabeth Smith, Deputy Clerk


Approved as to form:    _____
                        WILLIAM G. YOUNG
                        CHIEF JUDGE