# United States Court of Appeals
## For the First Circuit

No. 04-1713

BARBARA C. JOHNSON

Plaintiff - Appellant

v.

BOARD OF BAR OVERSEERS OF THE COMMONWEALTH OF MASSACHUSETTS; M. ELLEN CARPENTER, in her individual and professional capacities, including her capactiy as Chair of the Board of Bar Overseers; HERBERT PHILLIPS, in his individual and professional capacities; OFFICE OF THE BAR COUNSEL; DANIEL CRANE, in his individual and official capacities; COMMONWEALTH OF MASSACHUSETTS

Defendants - Appellees

---

### ORDER OF COURT
Entered: June 14, 2004

This court has docketed plaintiff's appeal from the memorandum and order entered on May 26, 2004 in CA No. 03-12314 (D. Mass.) as Appeal No. 04-1713. On May 31, 2004, plaintiff filed a motion for reconsideration. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellant is directed to file a status report by **July 14, 2004** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellant is directed to inform this court whether or not she intends to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellant is encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. Local Rule 3(b).

Once the district court rules on the motion for reconsideration, it is directed to forward its decision to this court forthwith.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 6/14/04

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
_____
Appeals Attorney

[Certified Copy: Hon. William G. Young, Tony Anastas, Clerk]

[cc: Ms. Barbara Johnson, John Hitt, Esq.]