```
                                                                   1



 1                      UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 03-12314-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     BARBARA C. JOHNSON, ESQ.,      *
 6                                  *
             Plaintiff,             *
 7                                  *
     v.                             *  MOTION HEARING
 8                                  *
     BOARD OF BAR OVERSEERS OF      *
 9   MASSACHUSETTS, ET AL.,         *
                                    *
10           Defendants.            *
                                    *
11   * * * * * * * * * * * * * * * *

12

13            BEFORE:   The Honorable William G. Young,
                                District Judge
14

15

16   APPEARANCES:

17
              BARBARA C. JOHNSON, Pro Se, 6 Appletree Lane,
18       Andover, Massachusetts 01810-4102

19
              MASSACHUSETTS ATTORNEY GENERAL'S OFFICE (By John
20       R. Hitt, Assistant Attorney General), One Ashburton
         Place, Room 2019, Boston, Massachusetts 02108-1698, on
21       behalf of the Defendants

22

23                                            Boston University
                                               School of Law
24                                            Boston, Massachusetts

25                                            February 24, 2004
```