## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  04-1713, 04-1833

USDC Docket Number : 03-cv-12314

Barbara C. Johnson, esq.,

v.

Board of Bar Overseers of Massachusetts, et al.,

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered  32  are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 1, 2004.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _9/8/04_ .

_____

Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]